UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JESSICA B. SERRETT | : | **DECLARATION OF** |
| Plaintiff, | : | **GREGORY L. SILVERMAN, ESQ.** |
| v. | : | Civil Action No. 6:23-cv-06291 |
| BARRY PORSCH, RONALD PAWELCZAK, AMY FIELDS, and JANE DOES | : |  |
| Defendants. | : |  |

**Gregory L. Silverman** hereby affirms under penalties of perjury as follows:

1.      I am admitted to practice law in the courts of the State of New York.

2.      I represent Plaintiff Jessica Serrett, and I am familiar with the facts of this action.

3.      I submit this Declaration in support of Plaintiff's Motion to Compel against Defendants.

4.      On March 29, 2022, my office mailed a preservation notice to the New York State Unified Court System. *See* **Exhibit 1**.

5.      On September 29, 2023, I served Plaintiff's First Set of Interrogatories and Request for the Production of Documents (1st RFPs) to each Defendant. *See* **Exhibit 2**.

6.       On October 27, 2023 Defendants provided objections and responses to Plaintiff's 1st RFPs. *See* **Exhibit 3**.

7.      On March 8, 2024, I sent a letter to Mr. Brown specifying deficiencies in certain responses and objections of Defendants, and clarifying, narrowing, and focusing the documents Plaintiff sought in her 1st RFPs. *See* **Exhibit 4**.

8.      On March 8, 2024, I also served Defendants' counsel with Plaintiff's Second Set of Requests for the Production of Documents (2nd RFPs). *See* **Exhibit 5**.

9.      I understand that on or around April 2024, Mr. Brown unexpectedly passed away.

10.     On July 18, 2024, I spoke with Defendants' new counsel, Denetra Robers, Esq. and Joel Terragnoli, Esq. about the case generally, and their position that Defendants would not work with the NYS Office of Court Administration within the Unified Court System (UCS) to obtain documents outside of Defendants' possession, despite Mr. Brown's prior representations that Defendants would work with UCS to provide responsive documents.

11.     On July 30, 2024, Defendants' counsel confirmed in writing that they would not work with the UCS to obtain responsive documents. *See* **Exhibit 6**.

12.     On or around August 20, 2024, I served the UCS with a Subpoena Duces Tecum (the Subpoena). *See* **Exhibits 7 and 8.**

13.     On August 20, 2024, the UCS provided responses and objections to Plaintiff's Subpoena. *See* **Exhibit 9**.

14.     On September 16, 2024, I provided UCS with a discovery deficiency letter objecting to certain UCS responses and clarifying, narrowing, and focusing Plaintiff's request for documents in response to the UCS's objections. *See* **Exhibit 10**.

15.     On October 4, 2024, UCS counsel Pedro Morales, Esq. and I had a phone conference to discuss the discovery dispute and why Plaintiff is entitled to the documents she seeks.

16.     On or around October 9, 2024, I received a letter from the UCS agreeing to produce some additional documents. *See* **Exhibit 11**.

17.     On or around October 24, 2024, I received additional documents from the UCS in response to Plaintiff's subpoena. *See* **Exhibit 12**.

18.     On November 22, 2024, I provided the UCS with a discovery deficiency letter which summarized the parties' positions concerning the documents requested. *See* **Exhibit 13**.

19.     Also on November 22, 2024, I provided the Defendants' counsel with an overview of the parties' positions concerning Plaintiff's 1st RFPs, and noted that Plaintiff had not yet received any response to her 2nd RFPs. *See* **Exhibit 14**.

2

20. On January 22, 2025, I received Defendants' privilege log, and supplemental responses to Plaintiff's 1st RFPs, and under which Defendants reasserted many of their objections, and purportedly without waiving such objections, provided supplemental rule 26 disclosures. *See* **Exhibit 15**.

21. On or around January 29, 2025, Defendants provided their initial response to Plaintiff's 2nd RFPs. *See* **Exhibit 16**.

22. On February 24, 2025, I provided Defendants' counsel with a discovery deficiency letter concerning their responses to Plaintiff's 2nd RFPs. *See* **Exhibit 17**.

23. On Wednesday March 12, 2025, I had a phone conference with Defendants' counsel to discuss the general issue of whether the UCS or Defendants' were obligated to respond to certain documents, and alleged deficiencies in Defendants' responses and objections to Plaintiff's 2nd RFPs.

24. Document Defendants have produced in this matter, bates-stamped Defendants000230 and 2643 are attached as **Exhibit 18**.

**WHEREFORE**, Plaintiff respectfully requests an Order: (1) compelling Defendants to fully respond to the Plaintiff's 1st and 2nd Requests for Production of Documents as outlined in her supporting Memorandum of Law; (2) compelling New York State Unified Court System to fully respond to Plaintiff's Subpoena Duces Tecum as outlined in her supporting Memorandum of Law; (3) imposing costs and reasonable attorney's fees under FRCP 37(a)(5); and (4) for such other and further relief as the Court may deem just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2025        By:    s/ Gregory L. Silverman
                                    118 Genesee St
                                    Geneva, NY 14456
                                    Tel: (585) 480-6686
                                    greg@silverman-law.com
                                    *Attorney for Plaintiff*

3