# EXHIBIT E

**New York State**
**Unified Court System**

Office of Court Administration · Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

October 9, 2024

**BY OVERNIGHT DELIVERY**

Gregory L. Silverman, Esq.
Gregory L. Silverman, Esq., PLLC
118 Genessee Street
Geneva, New York 14456

Re:    Unified Court System's Objections to Plaintiff's Subpoena

Dear Mr. Silverman:

This is to confirm that, based on our October 4, 2024 conference concerning the Unified Court System ("UCS")'s objections to plaintiff Jessica Serrett's subpoena, UCS amends its objections to certain document requests and responds as follows:

Document Request No. 1.  UCS produces Jessica Serrett's personnel file.  The personnel file is enclosed as documents number-stamped UCS000001 to UCS000074.

Document Request No. 3.  UCS produces all performance evaluations, counseling memoranda, letters or commendations, or complaints contained in Ronald Pawelczak's personnel file.  This material is enclosed as documents number-stamped UCS000075 to UCS000367.

Document Request No. 4.  UCS produces all performance evaluations, counseling memoranda, letters or commendations, or complaints contained in Amy Field's personnel file.  This material is enclosed as documents number-stamped UCS000368 to UCS000603.

Document Request No. 6.  UCS will produce electronic mail messages sent or received by Amy Monachino concerning Jessica Serrett for the period of July 1, 2021 to the present.  We are in the process of locating the electronic mail messages and expect to produce the messages shortly under separate cover.

Document Request No. 13.  UCS produces materials generated by Judge Porsch

Gregory L. Silverman, Esq.                                          October 9, 2024
Unified Court System's
 Objections to Plaintiff's Subpoena                                 Page 2

and his staff in connection with his response to Jessica Serrett's complaint in SDHR Case No. 10216303. This material is enclosed as documents number-stamped UCS000604 to UCS000646.

Document Request No. 28. UCS produces UCS' Guide to the Family and Medical Leave Act. The guide is enclosed as documents number-stamped UCS000647 to UCS000653.

Document Request No. 32. UCS produces UCS' Discrimination Claim Policy and Procedure. The policy and procedure is enclosed as documents number-stamped UCS000654 to UCS000667.

Document Request No. 33. Amy Monachino does not possess copies or drafts of Jessica Serrett's February 14, 2022 letter of resignation.

Document Request No. 36. UCS produces a copy of your March 29, 2022 document and ESI preservation notice. The notice is enclosed as documents number-stamped UCS000674 to UCS000675.

Document Request No. 40. UCS produces records of complaints against Ronald Pawelczak. UCS does not have a record of complaints against Barry Porsch or Amy Fields. The complaints are enclosed as documents number-stamped UCS000676 to UCS000685.

Document Request No. 42. UCS produces the report of the UCS Inspector General's investigation concerning Jessica Serrett. The report is enclosed as documents number-stamped UCS000668 to UCS000673.

UCS produces the aforementioned documents subject to, and without waiving any of, the objections set forth in its response (dated August 20, 2024) to Jessica Serrett's subpoena.

Very truly yours,

Pedro Morales

Pedro Morales
Assistant Deputy Counsel