# EXHIBIT F

**New York State**
**Unified Court System**

Office of Court Administration · Counsel's Office

Hon. Joseph A. Zayas
Chief Administrative Judge

Hon. Norman St. George
First Deputy Chief Administrative Judge

David Nocenti
Counsel

October 24, 2024

**BY DIGITAL UPLOAD**

Gregory L. Silverman, Esq.
Gregory L. Silverman, Esq., PLLC
118 Genesee Street
Geneva, New York 14456

Re:   Unified Court System's Objections to Plaintiff's Subpoena

Dear Mr. Silverman:

The Unified Court System ("UCS") supplements the document production which it made on October 9, 2024 in response to plaintiff Jessica Serrett's subpoena for the production of documents by producing the following documents:

(i)   Electronic mail messages sent or received by Amy Monachino concerning Jessica Serrett for the period of July 1, 2021 to the present which are being produced in response to Document Request No. 6. This material is enclosed as documents number-stamped UCS000686 to UCS000838; and

(ii)  Additional performance evaluations contained in Ronald Pawelczak's personnel file which are being produced in response to Document Request No. 3. This material is enclosed as documents number-stamped UCS000839 to UCS000871.

UCS produces the aforementioned documents subject to, and without waiving any of, the objections set forth in its response (dated August 20, 2024) to Jessica Serrett's subpoena.

Very truly yours,

*Pedro Morales*

Pedro Morales
Assistant Deputy Counsel