UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA B. SERRETT<br><br>        Plaintiff,<br><br>v.<br><br>BARRY PORSCH, RONALD PAWELCZAK, AMY FIELDS, and JANE DOES<br><br>        Defendants. | Civil Action No. 6:23-cv-06291 |

**ASSENTED-TO NOTICE OF CONSENT MOTION
TO EXTEND TIME TO COMPLETE DISCOVERY**

Upon the attached Declaration of Gregory L. Silverman, Esq., dated August 18, 2025, Plaintiff moves with the assent of Defendants, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure for an enlargement of time to complete discovery and to enlarge the existing Scheduling Order in this matter.

Dated: August 18, 2025

**GREGORY L. SILVERMAN, ESQ., PLLC**

s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY  14456
Tel: 585-648-0246
greg@silverman-law.com