UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA B. SERRETT<br><br>Plaintiff,<br><br>v.<br><br>BARRY PORSCH, RONALD PAWELCZAK, AMY FIELDS, and JANE DOES<br><br>Defendants. | **DECLARATION OF<br>GREGORY L. SILVERMAN**<br><br>Civil Action No. 6:23-cv-06291 |

I, **Gregory L. Silverman, Esq.**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct:

1. I am an attorney licensed to practice law in the Courts of the State of New York and in the United States District Court for the Western District of New York. Along with the Bosman Law Firm, LLC, I represent Plaintiff Jessica Serrett in this action. As such, I am fully familiar with the facts and circumstances set forth below.

2. This Declaration is submitted in support of Plaintiff's Assented-to Motion to Extend Time to Complete Discovery dated August 18, 2025 pursuant to Fed. R. Civ. P. 16(b)(4), upon a showing of good cause as set forth herein, allow for an additional four (4) months to complete discovery in this matter.

A. **PROCEDURAL HISTORY OF CASE**

3. This is an employment dispute. Plaintiff, a former law clerk in the Seneca County Court, asserted discrimination and retaliation claims against Defendants in a Complaint filed on May 26, 2023.

1

4. Defendants filed an Answer to Plaintiffs' Complaint on or about June 21, 2023 (Doc. 6).

5. The case was initially assigned to the Hon. David Larimer, and assumedly because the Defendants are associated with the New York State's 7th Judicial District, was later reassigned to the Hon. Lawrence J. Vilardo (Doc. 9).

6. Through a Text Referral Order issued by the Hon. Lawrence J. Vilardo on July 20, 2023, the Hon. Leslie G. Foschio, United States Magistrate Judge, was designated to act in this case as Magistrate Judge for, among other things, the hearing and disposition of all non-dispositive motions or applications. (Doc. 10).

7. The parties jointly submitted a proposed discovery plan (Doc. 12), and the Court on August 22, 2023 issued a Scheduling Order. (Doc. 13).

8. An initial mediation session was held on or about December 4, 2023, and the parties were unable to resolve the dispute (Doc. 16). An additional mediation session may be productive after depositions have been conducted.

9. In response to the parties' joint motion to extend the discovery deadlines, the Court issued its first Amended Scheduling Order on May 15, 2024 (Doc. 20) which extended the discovery deadline to November 22, 2024.

10. The parties filed a second joint motion to extend the discovery deadlines because the progress of discovery was materially delayed by the unexpected death of Defendants' counsel, and Plaintiff working separately with the NYS Unified Court System ("UCS") and Defendants to obtain documents responsive to its document requests, as Defendants' counsel represented that conflict concerns prevented them from obtaining documents from the UCS (Doc. 22). In response, the Court issued its second Amended Scheduling Order on October 29, 2024 (Doc. 24) which extended the discovery deadline to May 22, 2025.

11. On March 21, 2025, about one month before the deadline to file motions to compel, Plaintiff filed such a motion seeking to compel responsive documents from both Defendants and the UCS, to which they objected, and Plaintiff replied. (Docs. 26, 29, 30, 35).

12. On April 17, 2025, the parties filed a third joint motion to extend the discovery deadlines to avoid the need to conduct multiple depositions of the same individuals if Plaintiff's motion to compel is granted and additional responsive documents are produced by Defendants and/or UCS. (Doc. 32). In response, the Court issued its third Amended Scheduling Order on April 18, 2025 (Doc. 34) which extended the discovery deadline to September 22, 2025.

13. To date, the parties have engaged in written discovery and production of documents, and Plaintiff's deposition was held on August 6, 2025.

14. Due to Plaintiff's pending motion to compel, a four-month continuation of the discovery deadline is respectfully requested. This would avoid the need to conduct multiple depositions of the same individuals if Plaintiff's motion to compel is granted and additional responsive documents are subsequently produced by Defendants and/or UCS.

B. **MODIFICATION OF THE CASE MANAGEMENT ORDER**

15. With Defendants' assent, Plaintiff respectfully requests an extension of the September 22, 2025 deadline to complete discovery by four (4) months, thereby to January 22, 2026.

16. It is respectfully submitted that good cause exists to extend these deadlines for the reasons set forth herein. As stated above, discovery has been ongoing and diligently moved forward.

17. If granted, the parties also request that all other deadlines in the Scheduling Order (Doc. 34) be extended by four (4) months, to remain consistent with the deadline to complete discovery.

18.     This Declarant has conferred with Defendants' counsel, who assents to the request to extend all deadlines in the existing Scheduling Order by four (4) months.

**WHEREFORE**, Plaintiff respectfully requests, with Defendants' assent, an Order modifying the Scheduling Order dated April 18, 2025 in accordance with this Declaration, together with such other and further relief as the Court deems just and proper.

Dated: August 18, 2025

**GREGORY L. SILVERMAN, ESQ., PLLC**

s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY  14456
Tel: 585-648-0246
greg@silverman-law.com