# Gregory L. Silverman, Esq., PLLC

118 Genesee St.  
Geneva, NY 14456

greg@silverman-law.com  
585.480.6686

September 22, 2025

**VIA CM/ECF ONLY**
Hon. Leslie G. Foschio
USDC-WDNY
2 Niagara Square
Buffalo, New York 14202

      **RE:**      Serrett v. Porsch et al.; Case No. 23-CV-6291 (LJV/LGF)

      **Subject:**      Agreement on Fed. R. Civ. P. 37 expenses in connection with Plaintiff's Motion to Compel

Dear Judge Foschio:

      I am writing on behalf of my client, Plaintiff Jessica Serrett, that the parties to Plaintiff's motion to compel have agreed that no party is entitled to expenses under Rule 37 in connection with the Order on the motion.

      A Decision and Order on Plaintiff's Motion to Compel was issued on August 26, 2025. (Dkt. 40.) It required the parties to the motion, under Rule 37(a)(5)(A) and (B), to show cause "as to why expenses in connection with the prosecution and defense of Plaintiff's motion should not be granted." *Id.* at 12.

      I have communicated with counsel for Defendants, Mr. Terragnoli, and counsel for the NYS Unified Court System, Mr. Morales, who have agreed that no party is entitled to expenses in connection with Plaintiff's Motion to Compel under Rule 37.

      The parties' agreement is consistent with caselaw: "Courts in the Second Circuit tend to decline to award expenses to either party where the results of the motion to compel are mixed." *ML Fashion, LLC v. Nobelle GW, LLC*, 2022 U.S. Dist. LEXIS 241184, at *5 (D. Conn. 2022); *see also Onactuate Consulting Inc. v. Aeon Nexus Corp.*, 2022 U.S. Dist. LEXIS 52525, at *32 (N.D.N.Y. 2022) (collecting other cases in support of this proposition).

      Should the Court still prefer the parties submit briefing or make other submissions on this issue, please let us know. I thank the Court for its consideration.

      Sincerely,

      Greg Silverman