UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JESSICA B. SERRETT

        Plaintiff,

    v.

BARRY PORSCH, RONALD PAWELCZAK,
AMY FIELDS, and JANE DOES

        Defendants.

---

Civil Action No. 6:23-cv-06291

**ASSENTED-TO NOTICE OF CONSENT MOTION
TO EXTEND TIME TO COMPLETE DISCOVERY**

Upon the attached Declaration of Gregory L. Silverman, Esq., dated January 2, 2026,

Plaintiff moves with the assent of Defendants, pursuant to Rule 16(b)(4) of the Federal Rules of

Civil Procedure for an enlargement of time to complete discovery and to enlarge the existing

Scheduling Order in this matter.

Dated: January 5, 2026

                **GREGORY L. SILVERMAN, ESQ., PLLC**

                s/ Gregory L. Silverman
                118 Genesee St.
                Geneva, NY  14456
                Tel: 585-648-0246
                greg@silverman-law.com