

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

2/6/2026

Via CM/ECF
Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson, United States Courthouse
Buffalo, NY 14202

   Re:  *Serrett v. Porsch,* No. 23-CV-6291 (LJV) (LGF)
      Adjournment Request for Oral Argument Set for March 6, 2026

Dear Judge Vilardo:

On February 5, 2026, the Court entered a text order (Dkt. 56) setting oral argument relating to Defendants' objections to an order on plaintiff's motion to compel for Friday, March 6, 2026, at 11:00 AM. Unfortunately, the primary attorney on this matter, Joel Terragnoli, will still be on parental leave until later that month. Additionally, the undersigned who is the secondary attorney on this matter, will be out of the office for a preplanned vacation until Tuesday, March 10, 2026.

The undersigned reached out to plaintiff's counsel to see if he would be amenable to a brief adjournment of the oral argument and he confirmed via email that he was.

In light of the parties' consent, it is respectfully requested that the Court consider a brief adjournment of the oral argument set for Friday, March 6, 2026, until Tuesday, March 10, 2026, or later.

        Respectfully submitted,

        */s/Deena Mueller-Funke*
        Deena Mueller-Funke
        Assistant Attorney General
        Buffalo Regional Office
        Deena.Mueller-Funke@ag.ny.gov
        Telephone No.: (716) 853-8566