UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JESSICA B. SERRETT

           Plaintiff,

    v.

BARRY PORSCH, RONALD PAWELCZAK,
AMY FIELDS, and JANE DOES

           Defendants.

Civil Action No. 6:23-cv-06291

## ASSENTED-TO NOTICE OF CONSENT MOTION
## TO EXTEND TIME TO COMPLETE DISCOVERY

Upon the attached Declaration of Gregory L. Silverman, Esq., dated July 9, 2026,

Plaintiff moves with the assent of Defendants, pursuant to Rule 16(b)(4) of the Federal Rules of

Civil Procedure for an enlargement of time to complete discovery and to enlarge the existing

Scheduling Order in this matter.

Dated: July 9, 2026

**GREGORY L. SILVERMAN, ESQ., PLLC**

s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY  14456
Tel: 585-648-0246
greg@silverman-law.com