UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JESSICA B. SERRETT

Plaintiff,

v.

BARRY PORSCH, RONALD PAWELCZAK, AMY FIELDS, and JANE DOES

Defendants.

**DECLARATION OF GREGORY L. SILVERMAN**

Civil Action No. 6:23-cv-06291

I, **Gregory L. Silverman, Esq.**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct:

1. I am an attorney licensed to practice law in the Courts of the State of New York and in the United States District Court for the Western District of New York. Along with the Bosman Law Firm, LLC, I represent Plaintiff Jessica Serrett in this action. As such, I am fully familiar with the facts and circumstances set forth below.

2. This Declaration is submitted in support of Plaintiff's Assented-to Motion to Extend Time to Complete Discovery dated October 6, 2026 pursuant to Fed. R. Civ. P. 16(b)(4), upon a showing of good cause as set forth herein, allow for an additional three (3) months to complete discovery in this matter.

**A. PROCEDURAL HISTORY OF CASE**

3. This is an employment dispute. Plaintiff, a former law clerk in the Seneca County Court, asserted discrimination and retaliation claims against Defendants in a Complaint filed on May 26, 2023.

4. Defendants filed an Answer to Plaintiffs' Complaint on or about June 21, 2023 (Doc. 6).

5. The case was initially assigned to the Hon. David Larimer, and assumedly because the Defendants are associated with the New York State's 7th Judicial District, was later reassigned to the Hon. Lawrence J. Vilardo (Doc. 9).

6. Through a Text Referral Order issued by the Hon. Lawrence J. Vilardo on July 20, 2023, the Hon. Leslie G. Foschio, United States Magistrate Judge, was designated to act in this case as Magistrate Judge for, among other things, the hearing and disposition of all non-dispositive motions or applications. (Doc. 10).

7. The parties jointly submitted a proposed discovery plan (Doc. 12), and the Court on August 22, 2023 issued a Scheduling Order. (Doc. 13).

8. An initial mediation session was held on or about December 4, 2023, and the parties were unable to resolve the dispute (Doc. 16). An additional mediation session may be productive after depositions have been conducted.

9. In response to the parties' joint motion to extend the discovery deadlines, the Court issued its first Amended Scheduling Order on May 15, 2024 (Doc. 20) which extended the discovery deadline to November 22, 2024.

10. The parties filed a second joint motion to extend the discovery deadlines because the progress of discovery was materially delayed by the unexpected death of Defendants' counsel, and Plaintiff working separately with the NYS Unified Court System ("UCS") and Defendants to obtain documents responsive to its document requests, as Defendants' counsel represented that conflict concerns prevented them from obtaining documents from the UCS (Doc. 22). In response, the Court issued its second Amended Scheduling Order on October 29, 2024 (Doc. 24) which extended the discovery deadline to May 22, 2025.

11. On March 21, 2025, about one month before the deadline to file motions to compel, Plaintiff filed such a motion seeking to compel responsive documents from both Defendants and the UCS, to which they objected, and Plaintiff replied. (Docs. 26, 29, 30, 35).

12. On April 17, 2025, the parties filed a third joint motion to extend the discovery deadlines to avoid the need to conduct multiple depositions of the same individuals if Plaintiff's motion to compel is granted and additional responsive documents are produced by Defendants and/or UCS. (Doc. 32). In response, the Court issued its third Amended Scheduling Order on April 18, 2025 (Doc. 34) which extended the discovery deadline to September 22, 2025.

13. On August 18, 2025, the parties filed a fourth joint motion to extend the discovery deadlines because an order on Plaintiffs motion to compel was outstanding (Doc. 37). In response, the Court issued its fourth amended scheduling order on August 20, 2025 (Doc. 38) which extended the discovery deadline to January 22, 2026.

14. On August 26, 2025, Magistrate Judge Foschio issued a Decision and Order granting in part and denying in part Plaintiff's Motion to Compel (the "Order") (Doc. 40). Soon after, Defendants filed an Objection under Fed. R. Civ. P. 72(a) to the Order.

15. On January 5, 2026, the parties filed a fifth joint motion to extend the discovery deadlines because a decision on Defendants' Objection was pending (Doc. 53). In response, the Court issued its fifth amended scheduling order on January 6, 2026 (Doc. 55) which extended the discovery deadline to April 22, 2026.

16. Oral argument was held on Defendants' Objection with Judge Vilardo on April 8, 2026. A decision on Defendants' Objection is currently pending.

17. On July 9, 2026, the parties filed a sixth joint motion to extend the discovery deadlines (Doc. 60). In response the Court issued its sixth amended scheduling order on April 16, 2026 (Doc. 62), which extended the discovery deadline to July 22, 2026.

18. The parties filed a seventh joint motion to extend the discovery deadline (Doc. 63). In response, the Court issued its seventh scheduling order on July 9, 2026 (Doc. 65), which extended the discovery deadline to October 22, 2026.

19. To date, the parties have engaged in written discovery and production of documents. Plaintiff's deposition was held on August 6, 2025. Defendant Amie Fields' deposition was held on October 21, 2025, and third-party witnesses Amie DeCicca and Lisa Cerra's depositions were held on November 19, 2025.

20. Due to the pending decision on Defendants' Objection, a four-month continuation of the discovery deadline is respectfully requested. This would avoid the need to conduct multiple depositions of the same individuals if Plaintiff's motion to compel is granted and additional responsive documents are subsequently produced.

21. Plaintiff respectfully requests an extension of the October 22, 2026, deadline to complete discovery by four (4) months, thereby to February 22, 2027.

**B. <u>MODIFICATION OF THE CASE MANAGEMENT ORDER</u>**

22. With Defendants' assent, Plaintiff respectfully requests an extension of the October 22, 2026, deadline to complete discovery by four (4) months, thereby to February 22, 2027.

23. It is respectfully submitted that good cause exists to extend these deadlines for the reasons set forth herein. As stated above, discovery has been ongoing and diligently moved forward.

24. If granted, the parties also request that all other deadlines in the Scheduling Order (Doc. 62) be extended by four (4) months, to remain consistent with the deadline to complete discovery.

25. This Declarant has conferred with Defendants' counsel, who assents to the request to extend all deadlines in the existing Scheduling Order by four (4) months.

**WHEREFORE**, Plaintiff respectfully requests, with Defendants' assent, an Order modifying the Scheduling Order dated July 9, 2026, in accordance with this Declaration, together with such other and further relief as the Court deems just and proper.

Dated: October 7, 2026

**GREGORY L. SILVERMAN, ESQ., PLLC**

s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY 14456
Tel: 585-648-0246
greg@silverman-law.com